UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,

                      Plaintiff,

    v.

BH COSMETICS, LLC,

                      Defendant.

Case No. 21-cv-04936-JS-ST

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Michelle Tenzer-Fuchs ("Plaintiff") and Defendant BH Cosmetics, LLC ("Defendant"), that the above-captioned action be and is hereby dismissed and discontinued in its entirety as against each party, without prejudice, and with no award of attorneys' fees or costs by the Court.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and by electronic or facsimile signatures, which shall bear the same force and effect as original signatures.

| Attorneys for Plaintiff: | Attorneys for Defendant: |
|---|---|
| **SHALOM LAW, PLLC.** <br> 105-13 Metropolitan Avenue <br> Forest Hills, New York 11375 | **JACKSON LEWIS P.C.** <br> 666 Third Avenue, 29th Floor <br> New York, New York 10017 |
| By: */s/Jonathan Shalom* <br>      Jonathan Shalom | By: _____ <br>      Joseph J. Lynett |
| Dated: November 7, 2022 | Dated: November 7, 2022 |

SO ORDERED on this __7th__ day of __November__, 2022.

/s/ JOANNA SEYBERT
Hon. Joanna Seybert
United States District Judge

The Clerk of the Court is directed to mark this case CLOSED.